IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:17-CV-3208-K |
| | § | |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING STAY AND ADMINISTRATIVELY CLOSING CASE

Before the Court is the parties' Joint Stipulation to Arbitrate Claims and Stay Action, filed on January 8, 2018. The Motion is **GRANTED** and this case is hereby **STAYED** pending arbitration. The parties shall arbitrate the matter through the American Arbitration Association ("AAA"), and Plaintiff Anthony Johnson will initiate arbitration with the AAA according to the rules set forth by the AAA.

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

Nothing in this Order shall be considered a dismissal or disposition of this case. The Parties are **DIRECTED** to file a Joint Status Report or dismissal papers no later than thirty days after arbitration is complete.

SO ORDERED.

Signed February 7th, 2018.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE