Stuart M. Price, CA #150439
stuart@pricelawgroup.com
**PRICE LAW GROUP, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 907-2030
F: (818) 205-2730

J. Kathleen Munden, TX #00795547
kathleen.munden@higginslaw.com
**ROBERT A. HIGGINS & ASSOCIATES, P.C.**
8200 Camp Bowie West Boulevard
Fort Worth, TX 76116
T: (817) 924-9000
F: (817) 924-6644

*Attorneys for Plaintiff,*
*Anthony Johnson*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ANTHONY JOHNSON, | **Civil Action No.: 3:17-cv-3208-K** |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WELLS FARGO BANK, N.A. | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Anthony Johnson and Defendant Wells Fargo Bank, N.A. ("Defendant"), by and through undersigned counsel, hereby stipulate and agree that the above-entitled matter be dismissed with prejudice.

All claims and causes of action against Defendant were settled through arbitration proceedings. It is further stipulated that the parties shall each bear their own attorneys' fees and costs.

Respectfully submitted this 9th day of November 2018.

| PRICE LAW GROUP, APC | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| By: */s/ Stuart M. Price*<br>Stuart M. Price, CA #150439<br>stuart@pricelawgroup.com<br>6345 Balboa Blvd, Suite 247<br>Encino, CA 91316<br>T: (818) 907-2030<br>F: (818) 205-2730<br><br>*Attorneys for Plaintiff,*<br>*Anthony Johnson* | By: */s/ Nicole Su*<br>Nicole Su<br>nicole.su@wbd-us.com<br>Admitted *PRO HAC VICE*<br>3200 Park Center Drive, Suite 700<br>Costa Mesa, CA 92626-7655<br>T: (657) 266-1043<br><br>*Attorneys for Defendant,*<br>*Wells Fargo Bank, N.A.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

/s/ *Florence Lirato*